IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 67.245.181.175

**ISP:** Time Warner Cable
**Physical Location:** Hurleyville, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/24/2018 19:27:50 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 11/18/2017 11:52:20 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 08/20/2017 23:10:27 | 5ACA23DC7A4C213F3F4EC56EE45937124E0EA809 | Summer Sex with Sybil |
| 04/22/2017 18:56:25 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 03/12/2017 13:29:44 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 03/11/2017 03:27:45 | 9D5CDFEA75C245C909F33367BD777FF3CD69C916 | The Cabin And My Wood |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

SNY439