UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                     :
MALIBU MEDIA, LLC,                                   :
                                                     :   Case No. 7:18-cv-04681-CS
                    Plaintiff,                       :
                                                     :   Judge Seibel
            vs.                                      :
                                                     :
JOHN DOE subscriber assigned IP address              :
67.245.181.175,                                      :
                                                     :
                    Defendant.                       :
-----------------------------------------------------------------X
```

### PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 67.245.181.175 ("Defendant") through his counsel, Leslie Farber. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  December 6, 2018

Respectfully Submitted,

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq.
NY Bar No.: 2133304
664 Chestnut Ridge Road
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
E-Mail: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ Kevin T. Conway, Esq.
      Kevin T. Conway, Esq.