UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Malibu Media, LLC,

                Plaintiff(s),                         **O R D E R**

      - against -

                                        7:18-CV-04681  (CS)

Doe,

                Defendant(s).
-----------------------------------------------------------X

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated:
     White Plains, New York
     December 10, 2018

                                                  _____
                                                  CATHY SEIBEL, U.S.D.J.